IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                          )<br>)<br>ERICK NAPOLEAN GARCIA-GARCIA, )<br><br>Defendant. | Criminal No. 06-69 |

ORDER OF COURT

AND NOW, to-wit, this 10th day of Feb, 2006, upon consideration of the foregoing Motion for Leave to File Motion for Reconsideration of Magistrate's Order Under Seal, it is hereby ORDERED, ADJUDGED and DECREED that said motion is GRANTED.

_____, J.
United States District Judge