IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 06-69 |
| | ) |
| NAPOLEON GARCIA-VAZQUEZ, | ) |
| Defendant. | ) |

                                    ORDER

AND NOW, this 4th day of April, 2006, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered February 17, 2006, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, April 7, 2006 at 1:30 p.m. in Courtroom #3A, 3rd floor, United States Post Office and Courthouse, Pittsburgh, Pennsylvania.

IT IS FURTHER ORDERED that the Pretrial Conference, set for April 7, 2006, and the Jury selection and trial, set for April 17, 2006, are hereby cancelled.

                                    BY THE COURT:

                                    s/Gary L. Lancaster          ,J.
                                    The Honorable Gary L. Lancaster,
                                    United States District Judge

cc:   Margaret E. Picking,
      Assistant United States Attorney

      W. Penn Hackney,
      Assistant Federal Public Defender

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation