**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA,                    )
                                             )
              vs.                            )
                                             )      Criminal No.: 06-69
ERICK NAPOLEAN GARCIA-GARCIA,                )
                                             )
              Defendant.                     )

**ORDER OF COURT**

**AND NOW**, this ___7___ day of _____, 2006, upon consideration of

the within Motion to Vacate Material Witness Warrant and Detainer Under Seal, it is

hereby **ORDERED**, **ADJUDGED** and **DECREED** that said Motion is **GRANTED**.

BY THE COURT:

_____, J

United States District Judge

cc: All counsel of record.